# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Sapphire Crossing LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § | Civil Action No. 1:18-cv-02073-LPS |
| Kimberly-Clark Corporation, | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

## UNOPPOSED MOTION TO STAY
## ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Sapphire Crossing LLC ("Plaintiff") hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement ("Unopposed Motion"), and in support thereof respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendant Kimberly-Clark Corporation ("Defendant") have been settled, in principle. The parties have executed a written settlement agreement and are in the process of performing its terms. The parties anticipate that they will be able to perform such terms within 35 days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, until June 3, 2019. Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay, but so that justice may be served.

Dated:  April 30, 2019  			Respectfully submitted,

							DEVLIN LAW FIRM LLC
							*/s/ Timothy Devlin*
							Timothy Devlin (#4241)
							1306 N. Broom St., 1st Floor
							Wilmington, Delaware 19806
							Telephone: (302) 449-9010
							Facsimile: (302)353-4251
							tdevlin@devlinlawfirm.com
							*Attorney for Sapphire Crossing, LLC*


**SO ORDERED** this ____ day of _____, 2019.

					_____
					U.S. District Court Judge


# CERTIFICATE OF SERVICE

The undersigned certifies that on April 29, 2019, a true and correct copy of the above and foregoing document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served via electronic mail.

					*/s/ Timothy Devlin*
					Timothy Devlin


# CERTIFICATE OF CONFERENCE

The undersigned certifies that on April 29, 2019, counsel for Plaintiff conferred with counsel for Defendant about the issues presented here.  Counsel for Defendant indicated that it was not opposed to the relief sought herein.

					*/s/ Timothy Devlin*
					Timothy Devlin


Unopposed Motion to Stay and Notice of Settlement