IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Sapphire Crossing LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**Kimberly-Clark Corporation,**<br><br>    Defendant. | Case No. 1:18-cv-02073-MN<br><br>Patent Case |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sapphire Crossing LLC ("Sapphire Crossing") voluntarily dismisses this action, including all claims brought or which could have been brought against Defendant Kimberly-Clark Corporation ("Kimberly-Clark"), **with prejudice**. This dismissal is pursuant to the Patent License and Settlement Agreement between the parties made effective on April 26, 2019. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 21, 2019             Respectfully submitted,

/s/ Timothy Devlin
Timothy Devlin (No. 4241)
DEVLIN LAW FIRM LLC
1306 North Broom Street, Suite 1
Wilmington, DE 19806
Telephone: (302) 449-7676
Email: tdevlin@devlinlawfirm.com


Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St

1

Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Sapphire Crossing LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on May 21, 2019, via the Court's CM/ECF system.

<u>/s/ *Timothy Devlin*</u>
Timothy Devlin